IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01673-BNB

ANTHONY PAUL SHAW,

Plaintiff,

v.

CHARLES DANIELS,

Defendant.

---

ORDER CONSTRUING ACTION AS A
PRISONER COMPLAINT AND DIRECTING
PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Anthony Paul Shaw, is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at the United States Penitentiary in Florence, Colorado. Mr. Shaw, acting *pro se*, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Mr. Shaw complains that prison staff has failed to protect him from sexual assaults by other inmates and denied him access to the administrative remedies process.

Mr. Shaw's attempt to file this action pursuant to 28 U.S.C. § 2241 is improper. "The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). Generally, a federal prisoner's challenge to his conditions of confinement is cognizable under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). *See, e.g.,*

*Richards v. Bellmon*, 941 F.2d 1015, 1018 (10th Cir. 1991). Accordingly, it is

ORDERED that Mr. Shaw cure the deficiencies designated above by filing a Prisoner Complaint and either by paying the $350.00 filing fee or by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 within thirty days from the date of this Order. It is

FURTHER ORDERED that Mr. Shaw shall obtain the Court-approved Prisoner Complaint form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Shaw fails to cure the designated deficiencies within the time allowed the action will be dismissed without further notice.

DATED June 27, 2012 at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge